IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02984-GPG

MARION ORNESTUS HARPER, III,

    Plaintiff,

v.

CITY OF CORTEZ,
CORTEZ POLICE DEPT.,
CORTEZ POLICE SGT. ANGELO MARTINEZ,
CORTEZ POLICE OFF. FRANK KOBEL,
MONTEZUMA COUNTY BOARD OF COMMISSIONERS,
MONTEZUMA COUNTY SHERIFF'S OFFICE,
MONT. CO. UNDERSHERIFF ROBIN CRONK,
MONT. CO. CPL. STEFANAKOS, and
MONT. CO. LT. TALLEY,

    Defendants.

---

ORDER DIRECTING PLAINTIFF TO FILE SECOND AMENDED COMPLAINT

---

Plaintiff, Marion Ornestus Harper, III, initiated this action by filing *pro se* a Complaint (ECF No. 1). On November 5, 2014, the court entered an order directing Mr. Harper to file an amended complaint that clarifies who he is suing and the claims he is asserting and lists an address for each named Defendant. On December 3, 2014, Mr. Harper filed Plaintiff's First Amended Complaint (ECF No. 7).

The court notes initially that the amended complaint is not signed by Mr. Harper. Pursuant to Rule 11(a) of the Federal Rules of Civil Procedure, "[e]very pleading, written motion, and other paper must be signed" and "[t]he court must strike an unsigned paper unless the omission is promptly corrected after being called to the . . .

party's attention." Fed. R. Civ. P. 11(a). Although the amended complaint is not signed, the court will not require Mr. Harper to file a signed copy of the amended complaint because Mr. Harper must cure other deficiencies regarding the amended complaint. Therefore, Mr. Harper will be directed to file a second amended complaint.

The amended complaint is deficient because Mr. Harper did not use the proper form. Pursuant to Rule 5.1(c) of the Local Rules of Practice of the United States District Court for the District of Colorado – Civil, "[i]f not filed electronically, an unrepresented prisoner or party shall use the procedures, forms, and instructions posted on the court's website." The amended complaint also is deficient because Mr. Harper fails to provide an address for each named Defendant. Mr. Harper must provide a complete address for each named Defendant so that they may be served properly. Accordingly, it is

ORDERED that Mr. Harper file a second amended complaint that is signed and that cures the deficiencies specified in this order **within thirty (30) days from the date of this order**. It is

FURTHER ORDERED that Mr. Harper shall obtain the appropriate court-approved Complaint form, along with the applicable instructions, at www.cod.uscourts.gov. It is

FURTHER ORDERED that if Mr. Harper fails to file a second amended complaint as directed in this order within the time allowed, the action will be dismissed without further notice.

DATED December 5, 2014, at Denver, Colorado.

BY THE COURT:

S/ Gordon P. Gallagher

_____
United States Magistrate Judge