IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02984-GPG

MARION ORNESTUS HARPER, III,

    Plaintiff,

v.

CITY OF CORTEZ,
CORTEZ POLICE DEPT.,
SGT. ANGEL MARTINEZ,
OFF. FRANK KOBEL,
MONT. CO. UNDERSHERIFF ROBIN CRONK,
MONT. CO. SHERIFF OFFICE,
MONT. CO. BOARD OF COMMISSIONERS,
MONT. CO. CPL. STEPHANOKOS, and
LT. TALLEY,

    Defendants.

## ORDER DRAWING CASE

    After review pursuant to D.C.COLO.LCivR 8.1(a), the court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a presiding judge and, if applicable, to a magistrate judge. *See* D.C.COLO.LCivR 8.1(c). Accordingly, it is

    ORDERED that this case shall be drawn to a presiding judge and, if applicable, to a magistrate judge.

    DATED February 4, 2015, at Denver, Colorado.

    BY THE COURT:

    S/ Gordon P. Gallagher

                                        United States Magistrate Judge