**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-02984-KLM

MARION ORNESTUS HARPER, III,

    Plaintiff,

v.

MONT. CO. CPL. STEPHANOKOS, and
MONT. CO. LT. TALLEY,

    Defendants.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the ORDER of Magistrate Judge Kristen L. Mix entered on January 29, 2016 it is

ORDERED that, Defendant's Motion for Reconsideration of County Defendants' Motion to Dismiss filed 8/11/2015, [45], is GRANTED in part and DENIED in part. It is

FURTHER ORDERED that Plaintiff's claims against Defendants Montezuma County Sheriff's Office, Stefanakos, and Talley relating to the 2014 Incident are dismissed with prejudice.

FURTHER ORDER case is DISMISSED as to all Defendants.

  Dated at Denver, Colorado this 29th day of January, 2016.

                                    FOR THE COURT:
                                    JEFFREY P. COLWELL, CLERK

By:  s/   S. Libid
          _____
          S. Libid
          Deputy Clerk